UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESUS FOLGAR et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MCCULLY & GARDNER PLLC et al.,<br><br>　　　　　Defendants. | CASE NO. 2:22-cv-01628-JHC<br><br>ORDER |

　　　This matter comes before the Court sua sponte. Trial is scheduled for February 5, 2023. This conflicts with the trial date in Case No. 2:21-cv-01623, which was filed in 2021. Also, the current discovery cutoff date in this matter is October 10, 2023, and the parties are apparently trying to schedule a number of depositions. *See*, *e.g.*, Dkt. ## 15, 16, and 17.[1]

　　　Given the circumstances, the Court CONTINUES trial in this matter to May 6, 2024. The Court DIRECTS the Clerk to enter a minute order setting the trial date and related dates, including the new discovery cutoff.

---

[1] This was also reflected in a recent email from counsel to the Court.

ORDER - 1

The Court ORDERS the parties and their counsel to work cooperatively in scheduling the upcoming depositions.  **The Court may sanction a party or counsel for acting unreasonably in scheduling depositions**.

Dated this 28th day of September, 2023.

*John H. Chun*
John H. Chun
United States District Judge

ORDER - 2