UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESUS FOLGAR et al., | CASE NO. 2:22-cv-01628-JHC |
| Plaintiffs, | ORDER |
| v. | |
| MCCULLY & GARDNER PLLC et al., | |
| Defendants. | |

This matter comes before the Court *sua sponte*. Over the past month or so, on three separate occasions, the parties have emailed the Court, requesting rulings on discovery matters on an expedited basis. Given the circumstances of these disagreements, this is unacceptable and renders this case an outlier on the Court's docket. Accordingly, the Court ORDERS as follows:

1. Regarding the discovery disputes addressed in defense counsel's October 23, 2023, email to the Court, each side must submit a letter brief not to exceed three pages by 5 p.m., Wednesday, October 25, 2023. The briefs must address the merits of the disputes as well as whether monetary sanctions should be imposed on counsel.

2. On Friday, October 27, 2023, at 2:00 p.m., at a conference room at the United States Courthouse, counsel for each side shall meet and confer in person to resolve the

ORDER - 1

dispute.  If the parties are unable to do so by 3:00 p.m. that day, then the Court will proceed with oral argument and address the discovery and sanctions issues.  The Court DIRECTS the Clerk to set this hearing.

3. The Court STAYS discovery in this matter while these disputes are pending.

4. Counsel must immediately advise the Court if the disputes have been resolved.

Dated this 23rd day of October, 2023.

*John H. Chun* (signature)

John H. Chun
United States District Judge

ORDER - 2