UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JESUS FOLGAR; and BLANCA FOLGAR,<br><br>    Plaintiffs,<br>vs.<br><br>MCCULLY & GARDNER, PLLC, and SHAWN MCCULLY,<br><br>    Defendants. | NO. 2:22-cv-01628<br><br>**ORDER** |

THIS MATTER comes before the Court on Defendants' Motion for Issuance of Letter Rogatory. Dkt. # 26. The Court STAYS the motion until the Court rules on Plaintiff's Motion to Remand to King County Superior Court. *See* Dkt. # 29. If the Court denies the motion to remand, the Court will re-note the motion at Dkt. # 26.

DATED this 14th day of December, 2023.

_____
HONORABLE JOHN H. CHUN