1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

JESUS FOLGAR; and BLANCA FOLGAR,

Plaintiffs,

vs.

MCCULLY & GARDNER, PLLC, and
SHAWN MCCULLY,

Defendants.

NO. 2:22-cv-01628

**ORDER GRANTING PLAINTIFFS' MOTION TO REMAND TO KING COUNTY SUPERIOR COURT**

THIS MATTER comes before the Court on Plaintiffs' Motion to Remand to King County Superior Court. Dkt. # 29. The Court has reviewed the materials filed in support of and in opposition to the motion, pertinent parts of the record, and the applicable law.

Being fully advised, the Court ORDERS as follows:

1.      For the reasons argued by Plaintiffs, the Court GRANTS the motion. As for Plaintiffs' request for attorney fees, it is unsupported by evidence such as a declaration. Thus, as Plaintiffs request in the alternative, Dkt. # 33 at 8, the Court designates them as prevailing parties on the motion.

ORDER GRANTING PLAINTIFFS' MOTION TO
REMAND (2:22-cv-01628) - Page 1

2.      The Court REMANDS this case to the King County Superior Court of Washington State.

3.      The Clerk shall mail a certified copy of this order to the Clerk of the Court for King County Superior Court.

4.      The Clerk shall also transmit the record to the Clerk of the Court for King County Superior Court.

5.      The Clerk shall CLOSE this case.

DATED this 5th day of January, 2024.

_____

JOHN H. CHUN, U.S. DISTRICT JUDGE

ORDER GRANTING PLAINTIFFS' MOTION TO
REMAND (2:22-cv-01628) - Page 2