UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JESUS FOLGAR; and BLANCA FOLGAR, | NO. 2:22-cv-01628 |
| Plaintiffs, | **ORDER** |
| vs. | |
| MCCULLY & GARDNER, PLLC, and SHAWN MCCULLY, | |
| Defendants. | |

THIS MATTER comes before the Court on Plaintiffs' Motion for Attorney Fees. Dkt. # 35. The Court has reviewed the papers submitted by the parties in support of, and in opposition to, the motion; the record; and the governing law. The Court DENIES the motion; but it does so without prejudice to Plaintiffs' ability to seek such fees in state court under RCW 4.84.330.

DATED this 2nd day of February, 2024.

John H. Chun
United States District Judge

ORDER
(2:22-cv-01628) - Page 1